**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RICHARD J. SEABERG and<br>ALAN R. SEABERG, Jr.,<br><br>    Plaintiffs,<br><br>        v.<br><br>TALISMAN ENERGY, USA,<br>RANGE RESOURCES-APPALACHIA, LLC,<br>ABARTA OIL & GAS COMPANY,<br><br>    Defendants. | CIVIL ACTION NO. 3:12-cv-1550<br><br>(JUDGE CAPUTO) |

**ORDER**

    **NOW**, this 23rd day of August, 2012, **IT IS HEREBY ORDERED** that Plaintiffs Richard J. Seaberg and Alan R. Seaberg, Jr. are given leave to file an amended complaint within twenty-one (21) days from the date of this order.  If the Plaintiffs fail to do so, the action will be dismissed.

                                            /s/ A. Richard Caputo

                                            A. Richard Caputo
                                            United States District Judge