**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RICHARD J. SEABERG and ALAN R. SEABERG, Jr., | |
| Plaintiffs, | CIVIL ACTION NO. 3:12-cv-1550 |
| v. | |
| TALISMAN ENERGY, USA, RANGE RESOURCES-APPALACHIA, LLC, ABARTA OIL & GAS COMPANY, | (JUDGE CAPUTO) |
| Defendants. | |

## **ORDER**

**NOW**, this 23rd day of August, 2012, **IT IS HEREBY ORDERED** that Plaintiffs Richard J. Seaberg and Alan R. Seaberg, Jr. are given leave to file an amended complaint within twenty-one (21) days from the date of this order.  If the Plaintiffs fail to do so, the action will be dismissed.

/s/ A. Richard Caputo

A. Richard Caputo
United States District Judge